# CRAVATH, SWAINE & MOORE LLP

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY

PETER T. BARBUR
SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1772

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY

MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II

SPECIAL COUNSEL

SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL

PAUL C. SAUNDERS

November 13, 2013

*In re South African Apartheid Litigation*
02 MDL 1499 (SAS)

Dear Judge Scheindlin:

We represent IBM in the above-captioned matter. We submit this letter on behalf of IBM and Ford Motor Company (collectively, "defendants") to advise the Court that on November 7, 2013, the Second Circuit issued an order (attached hereto) denying plaintiffs' petition for panel rehearing and rehearing en banc. In light of the denial of rehearing and of the guidance this Court provided at the September 24, 2013, pre-motion conference, defendants respectfully request that the Court enter judgment in their favor.

Defendants maintain that judgment in defendants' favor is warranted for the reasons outlined in their prior letter. *See* ECF No. 236. Indeed, as the Court noted on September 24, "the Circuit has already dictated the opinion on extraterritoriality and corporate liability" in defendants' favor. Hr'g Tr. 16; *see also Balintulo v. Daimler AG*, 727 F.3d 174, 193 (2d Cir. 2013) (stating that the Supreme Court's decision in *Kiobel v. Royal Dutch Petroleum Co.*, 133 S. Ct. 1659, 1669 (2013), "plainly forecloses the plaintiffs' claims as a matter of law" because all the relevant conduct in the case occurred abroad); *id.* at 191 n.26 (citing *Kiobel v. Royal Dutch Petroleum Co.*, 621 F.3d 111, 149 (2d Cir. 2010)) (reiterating the law of the Second Circuit that "corporations are not proper defendants under the ATS in light of prevailing customary international law"). However, this Court explained at the September 24 conference that "it may be best to see what the Circuit does with the rehearing en banc". Hr'g Tr. 16.

Now that the Second Circuit has denied rehearing, and in light of this Court's statements at the September 24 conference, defendants respectfully submit that no further briefing is required, and that the Court should enter judgment in favor of defendants on the grounds that (i) the relevant conduct that plaintiffs allege occurred abroad, *Kiobel*, 133 S. Ct. at 1669; (ii) defendants are corporations and therefore not subject to ATS liability under the law of this Circuit, *Kiobel*, 621 F.3d at 149; and (iii) the complaints fail to allege facts satisfying the mens rea of aiding-and-abetting liability under the ATS, *Presbyterian Church of Sudan v. Talisman Energy, Inc.*, 582 F.3d 244, 259 (2d Cir. 2009). If, however, the Court believes that either a second pre-motion

conference or formal briefing is warranted, defendants are available for such a conference or request that the Court simply enter a briefing schedule for a Rule 12(c) motion for judgment on the pleadings.

Respectfully submitted,

*Keith Hummel/MJK*

Keith R. Hummel

The Honorable Shira A. Scheindlin
   United States District Judge
      Southern District of New York
         United States Courthouse
           500 Pearl Street, Room 15C
              New York, NY 10007-1316

BY ECF

Copies to:

Michael D. Hausfeld, Esq.
   Hausfeld LLP
      1700 K Street, NW
         Suite 650
           Washington, DC 20006

Paul L. Hoffman, Esq.
   Schonbrun DeSimone Seplow Harris & Hoffman LLP
      723 Ocean Front Walk
         Venice, CA 90291

Jay Jacob Rice
   Nagel Rice, LLP
      103 Eisenhower Parkway
         Roseland, NJ 07068

Judith Brown Chomsky
   Law Office of Judith Brown Chomsky
      P.O. Box 29726
         Elkins Park, PA 19027

Tyler Giannini
   International Human Rights Clinic
      Harvard Law School
         Pound Hall Room 401
           1563 Massachusetts Avenue
              Cambridge, MA 02138

Michael F. Osborne
  56 Keerom Street
    Cape Town 08001
      S. Af
        558-7221

Linda P. Nussbaum
  Kaplan Fox & Kilsheimer LLP (NYC)
    850 Third Avenue
      14th Floor
        New York, NY 10022

Carroll H. Ingram
  Ingram & Associates
    P.O. Box 15039
      Hattiesburg, MS 39404-5039

All Defense Counsel


BY ECF