S.D.N.Y.-N.Y.C.
03-cv-1852
Crotty, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at Thurgood Marshal United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand thirteen,

Sakwe Balintulo, as personal representative of Saba Balintulo, Dennis Vincent Frederick Brutus, Mark Fransch, as personal representative of Anton Fransch, Elsie Gishi, Lesiba Kekana, Archington Madondo, as personal representative of Mandla Madondo, Mpho Alfred Masemola, Michael Mbele, Mamosadi Catherine Mlangeni, Reuben Mphela, Thulani Nunu, Thandiwe Shezi, Thobile Sikani, Lungislie Ntsebeza, Mantoa Dorothy Molefi, individually and on behalf of her deceased son, Mncekeleli Henyn Simangentloko, Tozamile Botha, Mpumelelo Cilibe, William Daniel Peters, Samuel Zoyisile Mali, Msitheli Wellington Nonyukela, James Michael Tamboer, Nothini Betty Dyonashe, individually and on behalf of her deceased son, Nonkululeko Sylvia Ngcaka, individually and on behalf of her son, Hans Langford Phiri, Mirriam Mzamo, individually and on behalf of her son,

    Plaintiff-Appellee,      Docket nos. 09-2778(L)-cv, 09-2779-cv, 09-2780-cv
                                                    09-2781-cv, 09-2783-cv, 09-2785-cv,
v.                                                    09-2787-cv, 09-2792-cv, 09-2801-cv
                                                      09-3037-cv

Daimler AG, Ford Motor Company,
International Business Machines Corporation,

    Defendant-Appellant,

Appellees Mantoa Molefi, Mncekeleli Simangentloko, Tozamile Botha, et. al., filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

>                           FOR THE COURT:
>                           Catherine O'Hagan Wolfe, Clerk

