# ARNOLD & PORTER LLP

**Stewart D. Aaron**
Stewart.Aaron@aporter.com

+1 212.715.1114
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

November 13, 2013

**VIA ECF & FACSIMILE**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:  *In re South African Apartheid Litig.*, Case No. 02-md-1499 (SAS):
Request for Dismissal of Claims against Daimler AG

Dear Judge Scheindlin:

We represent Daimler AG in the above-referenced action and write in connection with the November 7, 2013 Order of the U.S. Court of Appeals for the Second Circuit denying plaintiffs' petition for panel rehearing and rehearing en banc.  In light of the Second Circuit's Order, Daimler AG respectfully urges that the claims asserted against it in this action should be dismissed.  As the basis for such dismissal, Daimler AG joins in the arguments set forth in the letter submitted by Keith Hummel to your Honor, dated November 13, 2013, on behalf of defendants International Business Machines Corp. and Ford Motor Co.

In addition, Daimler AG is a foreign corporation (an *Aktiengesellschaft*, or German public stock company, with its registered office in Stuttgart, Germany) that has been sued by foreign plaintiffs over alleged conduct that occurred entirely abroad and, as such, should be dismissed from this action.  *See* Sept. 24 Hearing Tr. at 10-11 (citing *Kiobel v. Royal Dutch Petroleum Co.*, 133 S. Ct. 1659 (2013)).

# ARNOLD & PORTER LLP

Honorable Shira A. Scheindlin
November 13, 2013
Page 2

    Of course, if your Honor believes that formal briefing is required in order to dismiss Daimler AG from this action, Daimler AG will submit such briefing on the schedule directed by the Court.

                                                 Respectfully,

                                                 Stewart D. Aaron

cc (by email):

    Michael D. Hausfeld, Esq.
    Hausfeld LLP
    1700 K Street, NW
    Suite 650
    Washington, DC 20006

    Paul L. Hoffman, Esq.
    Schonbrun DeSimone Seplow Harris & Hoffman LLP
    723 Ocean Front Walk
    Venice, CA 90291

    Jay Jacob Rice, Esq.
    Nagel Rice, LLP
    103 Eisenhower Parkway
    Roseland, NJ 07068

    Judith Brown Chomsky, Esq.
    Law Office of Judith Brown Chomsky
    P.O. Box 29726
    Elkins Park, PA 19027

    Tyler Giannini, Esq.
    International Human Rights Clinic
    Harvard Law School
    Pound Hall Room 401
    1563 Massachusetts Avenue
    Cambridge, MA 02138

# ARNOLD & PORTER LLP

Honorable Shira A. Scheindlin
November 13, 2013
Page 3

    Michael F. Osborne, Esq.
    56 Keerom Street
    Cape Town 08001
    S. Africa
    558-7221

    Linda P. Nussbaum, Esq.
    Kaplan Fox & Kilsheimer LLP (NYC)
    850 Third Avenue
    14th Floor
    New York, NY 10022

    Carroll H. Ingram, Esq.
    Ingram & Associates
    P.O. Box 15039
    Hattiesburg, MS 39404-5039

    All Defense Counsel