UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X

IN RE SOUTH AFRICAN APARTHEID LITIGATION

02 MDL 1499 (SAS)

----------------------------------- X

This Document Relates to:

NOTICE OF APPEAL
IN A CIVIL ACTION

----------------------------------- X

LUNGISILE NTSEBEZA, *et al.*,
    Plaintiffs,
-against-

FORD MOTOR COMPANY and
INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Defendants.

02 Civ. 4712 (SAS)
02 Civ. 6218 (SAS)
02 Civ. 1024 (SAS)

----------------------------------- X

    Notice is given that Plaintiffs, Lungisile Ntsebeza, Mantoa Dorothy Molefi (individually and on behalf of her deceased son), Mncekeleli Henyn Simangentloko, Tozamile Botha, Mpumelelo Cilibe, William Daniel Peters; Samuel Zoyisile Mali, Msitheli Wellington Nonyukela, James Michael Tamboer, Nothini Betty Dyonashe (individually and on behalf of her deceased son), Nonkululeko Sylvia Ngcaka, (individually and on behalf of her deceased son), Hans Langford Phiri, Mirriam Mzamo, (individually and on behalf of her deceased son), hereby appeal to the United States District Court of Appeals for the Second Circuit from the orders of this Court, including, but not limited to, the Order denying Plaintiff's Motion for leave to amend their complaint and dismissing with prejudice all remaining claims against the defendants, Ford

Motor Co. and IBM Corp. on August 28, 2014 (D.E. 282) and other orders previously entered by the Court in the above-referenced matter.

Dated: September 24, 2014

/s/ Diane Sammons
Diane Sammons
dsammons@nagelrice.com
Jay Rice
jrice@nagelrice.com
Nagel Rice, LLP
103 Eisenhower Parkway Suite 103
Roseland, NJ 07068
(973) 618-0400
Fax: (973) 618-9194
Counsel for Ntsebeza Plaintiffs

Paul L. Hoffman
Schonbrun DeSimone Seplow Harris & Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291
Counsel for Ntsebeza Plaintiffs

Judith Brown Chomsky
jchomsky@igc.org
Law Office of Judith Brown Chomsky
P.O. Box 29726 Elkins Park, PA 19027
(215) 782-8367
Fax: (215) 782-8368
Counsel for Ntsebeza Plaintiffs

Tyler R. Giannini
giannini@law.harvard.edu
Susan H. Farbstein
sfarbstein@law.harvard.edu
International Human Rights Clinic
Harvard Law School
6 Everett Street, Third Floor
Cambridge, MA 02138
(617) 496-7368
Counsel for Ntsebeza Plaintiffs