UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

IN RE SOUTH AFRICAN APARTHEID LITIGATION

02 MDL 1499 (SAS)

------------------------------------- X

This Document Relates to:

AMENDED NOTICE OF APPEAL
IN A CIVIL ACTION

------------------------------------- X

SAKWE BALINTULO, *et al.*,

          Plaintiffs,

-against-

03 Civ. 4524 (SAS)

FORD MOTOR COMPANY and INTERNATIONAL BUSINESS MACHINES CORPORATION,

          Defendants.

------------------------------------- X

Notice is given that Plaintiffs, Sakwe Balintulo as personal representative of Saba Balintulo; Tony Brutus as personal representative of Dennis Vincent Frederick Brutus; Mark Fransch as personal representative of Anton Fransch; Elsie Gishi; Lesiba Kekana; Archington Madondo as personal representative of Mandla Madondo; Mpho Alfred Masemola; Vimba Wiseman Mbele as personal representative of Michael Mbele; Mamosadi Catherine Mlangeni; Reuben Mphela; Mamosadi Catherine Mlangeni; Reuben Mphela; Thulani Nunu; Thandiwe Shezi; and Thobile Sikani, hereby submit this amended Notice of Appeal and appeal to the United States District Court of Appeals for the Second Circuit from the Order of this Court Denying Plaintiffs' Motion for Leave to Amend their complaint and dismissing with prejudice

all remaining claims against defendant Ford Motor Co. and IBM Corp. on August 28, 2014 (Doc. 282) as well as other orders previously entered by the Court in the above-referenced matter.

Dated: October 9, 2014

*/s/ Kristen M. Ward*

Kristen M. Ward
1700 K Street N.W., Suite 650
Washington, D.C. 20006
(202) 540-7200
Counsel for *Balintulo* Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Kristen M. Ward, hereby certify that on October 9, 2014, I electronically filed the foregoing Amended Notice of Appeal with the Clerk of the Court via CM/ECF system which will provide notification of this filing to all counsel of record.

*/s/ Kristen M. Ward*

Kristen M. Ward
1700 K Street N.W., Suite 650
Washington, D.C. 20006
(202) 540-7200
Counsel for *Balintulo* Plaintiffs